# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHRISTOPHER D. HOOKS & MEGAN M. HOOKS  Case Number: 07-71276
929 TAPPAN STREET                  SSN-xxx-xx-4772 & xxx-xx-1489
WOODSTOCK, IL  60098

Case filed on: 5/24/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | JONES & HART LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FRANCIS X. GOSSER, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HELLER & FRISONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | CHRISTOPHER D. HOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC | 13,833.98 | 13,833.98 | 0.00 | 0.00 |
| 005 | GMAC MORTGAGE CORPORATION | 36,390.62 | 18,000.00 | 0.00 | 0.00 |
| 006 | GMAC MORTGAGE CORPORATION | 138,743.23 | 0.00 | 0.00 | 0.00 |
| 007 | MARQUETTE CONSUMER FINANCE LLC | 17,622.89 | 17,622.89 | 0.00 | 0.00 |
|  | Total Secured | 206,590.72 | 49,456.87 | 0.00 | 0.00 |
| 001 | CRYSTAL LAKE ORAL  MAXILLOFACIAL SURGERY | 483.10 | 483.10 | 0.00 | 0.00 |
| 004 | HEIGHTS FINANCE | 2,282.08 | 2,282.08 | 0.00 | 0.00 |
| 008 | ACS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ANES. ASSOC. OF CRYSTAL ALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | APPOLO GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 503.79 | 503.79 | 0.00 | 0.00 |
| 012 | CENTEGRA HEALTH SYSTEM | 421.54 | 421.54 | 0.00 | 0.00 |
| 013 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JEWEL FOOD STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JIFFY LUBE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JOSEPH I. FRAZIER, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JOSEPH MCCARTHY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LAKE / MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MCHENRY RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MERCY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MHS PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PROGRESSIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WELL CARE NEONATOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WOODSTOCK IMAGING ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NORTHERN ILLINOIS MEDICAL CENTER | 2,339.31 | 2,339.31 | 0.00 | 0.00 |
| 034 | ECMC | 3,494.46 | 3,494.46 | 0.00 | 0.00 |
|  | Total Unsecured | 9,524.28 | 9,524.28 | 0.00 | 0.00 |
|  | Grand Total: | 216,115.00 | 58,981.15 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                 By  /s/Heather M. Fagan